| | |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| 2 | Christina V. Miller, Esq.<br>Nevada Bar No. 12448 |
| 3 | Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474 |
| 4 | 7785 W. Sahara Ave., Suite 200 |
| 5 | Las Vegas, NV 89117<br>(702) 475-7964; Fax: (702) 946-1345 |
| 6 | lrobbins@wrightlegal.net |
| 7 | *Attorneys for Plaintiff, HSBC Bank USA, National Association, as Trustee for Mortgage Pass-Through Certificates, MLMI Series 2006-A4* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORTGAGE PASS-THROUGH CERTIFICATES, MLMI SERIES 2006-A4, a Virginia Company<br><br>Plaintiff,<br><br>vs.<br><br>OPERTURE, INC., a Domestic Close Corporation; BRIDGER INVESTMENT, LLC, a Nevada limited-liability company; and SUNSET CLIFFS HOMEOWNERS ASSOCIATION, a Domestic Non-Profit Company,<br><br>Defendants. | Case No.: 2:16-cv-02896-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE DISMISSAL DOCUMENTS**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED that Plaintiff, HSBC Bank USA, National Association, as Trustee for Mortgage Pass-Through Certificates, MLMI Series 2006-A4 (hereinafter "HSBC Bank"), Defendant Bridger Investment, LLC (hereinafter "Bridger") and Defendant Sunset Cliffs Homeowners Association (hereinafter "Sunset Cliffs") (collectively, the "Parties") by and through their undersigned counsel of record, hereby agree and stipulate as follows:

1. On July 15, 2019, HSBC Bank filed its Notice of Settlement [ECF No. 37] that the Parties had reached a settlement in this action;

2. On July 16, 2019, this Court issued its Minute Order setting the deadline of August 30, 2019 to file the Stipulation for Dismissal [ECF No. 38];

3. The final terms of the Settlement Agreement are currently being negotiated between the Parties;

4. The Parties are requesting an additional sixty (60) days to finalize the terms of the settlement, and thus request up to October 29, 2019, to file the Stipulation for Dismissal;

///

///

///

///

///

///

5. This is the first request for an extension and is submitted in good faith and not intended to cause any delay to the Court.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 30th day of August, 2019. | DATED this 30th day of August, 2019. |
| WRIGHT, FINLAY & ZAK, LLP | BOYACK ORME & ANTHONY |
| */s/ Lindsay D. Robbins* <br> Lindsay D. Robbins, Esq. <br> Nevada Bar No. 13474 <br> 7785 W. Sahara Ave, Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Plaintiff, HSBC Bank* | */s/ Patrick Orme* <br> Patrick Orme, Esq. <br> Nevada Bar No. 7853 <br> 7432 W. Sahara Ave. <br> Las Vegas, NV 89117 <br> *Attorneys for Defendant, Sunset Cliffs Homeowners Association* |

DATED this 30th day of August, 2019.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

*/s/ Troy Domina*
Troy Domina, Esq.
Nevada Bar No. 13862
100 N. City Parkway, Suite 1600
Las Vegas, NV 89106
*Attorneys for Defendant, Bridger Investment, LLC*

Case No.: 2:16-cv-02896-RFB-BNW

**<u>ORDER</u>**

**IT IS SO ORDERED.**

Dated this <u>30th</u> day of <u>August</u>, 2019.

_____
UNITED STATES DISTRICT JUDGE