WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, HSBC Bank USA, National Association, as Trustee for Mortgage Pass-Through Certificates, MLMI Series 2006-A4*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORTGAGE PASS-THROUGH CERTIFICATES, MLMI SERIES 2006-A4, a Virginia Company<br><br>Plaintiff,<br><br>vs.<br><br>OPERTURE, INC., a Domestic Close Corporation; BRIDGER INVESTMENT, LLC, a Nevada limited-liability company; and SUNSET CLIFFS HOMEOWNERS ASSOCIATION, a Domestic Non-Profit Company,<br><br>Defendants. | Case No.: 2:16-cv-02896-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE DISMISSAL DOCUMENTS**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED that Plaintiff, HSBC Bank USA, National Association, as Trustee for Mortgage Pass-Through Certificates, MLMI Series 2006-A4 (hereinafter "HSBC Bank"), Defendant Bridger Investment, LLC (hereinafter "Bridger") and Defendant Sunset Cliffs Homeowners Association (hereinafter "Sunset Cliffs") (collectively, the "Parties") by and through their undersigned counsel of record, hereby agree and stipulate as follows:

1

2    1. On July 15, 2019, HSBC Bank filed its Notice of Settlement [ECF No. 37] that the

3        Parties had reached a settlement in this action;

4    2. On July 16, 2019, this Court issued its Minute Order setting the deadline of August

5        30, 2019 to file the Stipulation for Dismissal [ECF No. 38];

6

7    3. The terms of the Settlement Agreement have been negotiated and the Settlement

8        Agreement has been fully executed;

9    4. Counsel for HSBC Bank has obtained the settlement funds from Sunset Cliffs and

10        Bridger and the funds were forwarded to HSBC Bank on October 29, 2019;

11

12    5. Pursuant to the Parties' Settlement Agreement, the funds must be received by HSBC

13        Bank and applied to the loan before the Parties can proceed with filing the

14        Stipulation and Order to Dismiss matter with Prejudice;

15    6. The Parties are requesting an additional forty-five (45) days to finalize the terms of

16        the settlement, and thus request up to December 13, 2019, to file the Stipulation for

17        Dismissal;

18

19  ///

20

21  ///

22

23

24  ///

25

26  ///

27

28

7. This is the second request for an extension and is submitted in good faith and not intended to cause any delay to the Court.

**IT IS SO STIPULATED.**

DATED this 29th day of October, 2019.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Robbins*
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, HSBC Bank*

DATED this 29th day of October, 2019.

BROWNSTEIN HYATT FARBER
SCHRECK, LLP

*/s/ Troy Domina*
Troy Domina, Esq.
Nevada Bar No. 13862
100 N. City Parkway, Suite 1600
Las Vegas, NV 89106
*Attorneys for Defendant, Bridger Investment, LLC*

DATED this 29th day of October, 2019.

BOYACK ORME & ANTHONY

*/s/ Patrick Orme*
Patrick Orme, Esq.
Nevada Bar No. 7853
7432 W. Sahara Ave.
Las Vegas, NV 89117
*Attorneys for Defendant, Sunset Cliffs Homeowners Association*

Case No.: 2:16-cv-02896-RFB-BNW

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE
DATE this 1st day of November, 2019.