WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, HSBC Bank USA, National Association, as Trustee for Mortgage Pass-Through Certificates, MLMI Series 2006-A4*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORTGAGE PASS-THROUGH CERTIFICATES, MLMI SERIES 2006-A4, a Virginia Company<br><br>Plaintiff,<br><br>vs.<br><br>OPERTURE, INC., a Domestic Close Corporation; BRIDGER INVESTMENT, LLC, a Nevada limited-liability company; and SUNSET CLIFFS HOMEOWNERS ASSOCIATION, a Domestic Non-Profit Company,<br><br>Defendants. | Case No.:  2:16-cv-02896-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE DISMISSAL DOCUMENTS**<br><br>**(Third Request)** |

IT IS HEREBY STIPULATED that Plaintiff, HSBC Bank USA, National Association, as Trustee for Mortgage Pass-Through Certificates, MLMI Series 2006-A4 (hereinafter "HSBC Bank"), Defendant Bridger Investment, LLC (hereinafter "Bridger") and Defendant Sunset Cliffs Homeowners Association (hereinafter "Sunset Cliffs") (collectively, the "Parties") by and through their undersigned counsel of record, hereby agree and stipulate as follows:

1. On July 15, 2019, HSBC Bank filed its Notice of Settlement [ECF No. 37] that the Parties had reached a settlement in this action;

2. On July 16, 2019, this Court issued its Minute Order setting the deadline of August 30, 2019 to file the Stipulation for Dismissal [ECF No. 38];

3. On August 30, 2019, the HSBC Bank filed a Stipulation and Order to Extend Time to File Dismissal Documents [ECF 39];

4. On August 30, 2019, this Court filed the Order extending the deadline to file dismissal documents to October 29, 2019 [ECF 40];

5. On October 29, 2019, the HSBC Bank filed a second Stipulation and Order to Extend Time to File Dismissal Documents [ECF 41];

6. On November 1, 2019, this Court filed the Order extending the deadline to file dismissal documents to December 13, 2019 [ECF 42]

7. The terms of the Settlement Agreement have been negotiated and the Settlement Agreement has been fully executed;

8. Counsel for HSBC Bank has obtained the settlement funds from Sunset Cliffs and Bridger and the funds were forwarded to HSBC Bank on October 29, 2019;

9. Pursuant to the terms of the Settlement Agreement, the settlement funds must be cleared and applied to the loan before a Reconveyance of the Deed of Trust to Bridger may be submitted for recording;

10. Bridger submitted three personal checks in conformance with the terms of the Settlement Agreement;

11. Because the Bridger funds were not certified, it is taking slightly longer than expected to apply the funds to the loan;

12. Once the funds are applied to the loan, Counsel for HSBC Bank will prepare the Reconveyance of Deed of Trust to expedite resolution of this case;

13. The Parties are requesting an additional thirty (30) days to finalize the terms of the settlement, and thus request up to ~~February 12, 2019~~ **February 12, 2020**, to file the Stipulation for Dismissal;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

14. This is the third request for an extension and is submitted in good faith and not intended to cause any delay to the Court.

**IT IS SO STIPULATED.**

DATED this 12th day of December, 2019.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Robbins*
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, HSBC Bank*

DATED this 12th day of December, 2019.

BOYACK ORME & ANTHONY

*/s/ Patrick Orme*
Patrick Orme, Esq.
Nevada Bar No. 7853
7432 W. Sahara Ave.
Las Vegas, NV 89117
*Attorneys for Defendant, Sunset Cliffs Homeowners Association*

DATED this 12th day of December, 2019.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

*/s/ Frank M. Flansburg III*
Frank M. Flansburgf III, Esq.
Nevada Bar No. 6974
100 N. City Parkway, Suite 1600
Las Vegas, NV 89106
*Attorneys for Defendant, Bridger Investment, LLC*

Case No.: 2:16-cv-02896-RFB-BNW

**ORDER**

**IT IS SO ORDERED.**

Dated this 12th day of December, 2019.   _____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE